## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:18-cr-00193-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DONNY SALAZ FLORES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the court on defendant's Motion for Termination of Supervised Release. (Doc. No. 28). The government opposes the motion. (Doc. No. 30). Defendant argues that because he is a deportable alien, he should not have a term of supervised release. However, if the Defendant does not seek to enter the United States of America illegally during that term of supervised release, supervision will have no impact on him. Defendant further argues removal is a sufficient remedy, but it is not, especially when dealing with illegal reentry by an aggravated felon such as Defendant. Importantly, the term of supervised release is an effective deterrent to keep Defendant from reoffending with another illegal immigration crime.

Having considered Defendant's motion and the government's opposition in response, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Termination of Supervised Release (Doc. No. 28) is **DENIED**

Signed: October 19, 2020

Max O. Cogburn Jr.
United States District Judge